UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DIRECTV, Inc.,

                Plaintiff,

    - against -                        5:03-CV-1105 (NAM)

STEPHEN BOYD, JEFFREY NURMI, JERRY
FRANCIS, SCOTT HARDEN, GREGORY
KURZAJCZYK, MICHAEL MCCARTY,
RAYMOND STIFFLER, GERALD CORRIGAN,
ANTHONY PAVONE,

                Defendants.
_____

APPEARANCES:                            OF COUNSEL:

FOR THE PLAINTIFF:

GARVEY, SCHUBERT LAW FIRM        MARIO AIETA, ESQ.
599 Broadway                              DANIEL JACOBSON, ESQ.
8th Floor
New York, NY 10012-3235

FOR DEFENDANT STIFFLER:

[NONE]

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 6th day of April 2005. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections having been submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall enter judgment against defendant Raymond Stiffler dismissing the third count of plaintiff's complaint, and awarding the plaintiff statutory damages in the amount of $4,200.00, together with an additional sum in the amount of $850.00 in costs and attorneys' fees, for a total award of $5,050.00, and that the plaintiff have judgment therefor.

3. The Clerk of the Court shall serve a copy of this Order upon counsel for plaintiff via electronic means, and upon defendant Raymond Stiffler by mail, utilizing the two addresses set forth in Dkt. No. 37 (pages 6 and 22).

IT IS SO ORDERED.

Dated: May 27, 2005
Syracuse, New York

Norman A. Mordue
U.S. District Judge