# *United States District Court*

*Northern District of New York*

# CIVIL JUDGMENT

**DIRECTV, Inc.**

                                   **Plaintiff**

                    **VS.**                            **5:03-CV-1105 (NAM) (DEP)**

**STEPHEN BOYD; JEFFREY NURMI; JERRY FRANCIS; SCOTT HARDEN; GREGORY KURZAJCZYK; MICHAEL MCCARTY; RAYMOND STIFFLER; GERALD CORRIGAN; and ANTHONY PAVONE**

                                **Defendants'**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Raymond Stiffler having been found in default in this action, the Court hereby approves the report recommendations of Magistrate Judge David E. Peebles filed 4/6/05. Judgment is entered against Raymond Stiffler dismissing the third count of plaintiff's complaint and awarding the plaintiff statutory damages in the amount of $4,200.00, together with $850.00 in costs and attorneys' fees for a total award of $5,050.00.

All of the above pursuant to the Order of the Honorable Norman A. Mordue, dated the 27th day of May, 2005.

Orders previously entered on the following dates 7/21/04; 8/30/04, 9/28/04; 9/30/04; 10/19/04; 12/7/04; and 12/22/04 satisfied the claims against the remaining listed defendants'.

**MAY 31, 2005**                                        **LAWRENCE K. BAERMAN**

_____        _____

**DATE**                                                 **CLERK OF COURT**

                                                                     **s/**

                                                                    _____

                                                                    **JOANNE BLESKOSKI**
                                                                    **DEPUTY CLERK**